JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| NERSES MEGUERDITCHIAN,<br><br>        Plaintiff,<br><br>      v.<br><br>AETNA LIFE INSURANCE COMPANY, FEDERAL EXPRESS CORPORATION SHORT TERM DISABILITY PLAN and DOES 1–10, inclusive,<br><br>        Defendants | Case No. 2:12-cv-10999-ODW(JCx)<br><br>**JUDGMENT REVERSING AND REMANDING ADMINISTRATOR'S DECISION** |

    In light of the conclusions of law contained in the Court's February 21, 2014 Order Reversing and Remanding Administrator's Decision (ECF No. 37), the Court **ORDERS** that the Clerk of Court enter judgment as follows:

    1. Judgment for PLAINTIFF NERSES MEGUERDITCHIAN and against DEFENDANTS AETNA LIFE INSURANCE COMPANY and FEDERAL EXPRESS CORPORATION SHORT TERM DISABILITY PLAN;

    2. The Court **REVERSES** and **REMANDS** the administrator's decision for further proceedings consistent with this Court's February 21, 2014 Order; and

3.  The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

July 2, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**